DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DONICE MAXINE MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-cr-00452 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| DONICE MAXINE MEDINA, | Date: January 29, 2010 |
| | Time: 9:00 a.m. |
| Defendant. | Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for January 8, 2010, **may be continued to January 29, 2010 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for ongoing plea negotiations. The parties believe they are close to reaching a potential resolution in this matter. However, certain particulars need further assessment. Specific provisions in the agreement regarding anticipated applicable guidelines are also being reviewed. If no plea agreement is reached by January 29th, the parties anticipate setting a trial date. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

        BENJAMIN B. WAGNER
        United States Attorney

DATED: January 6, 2010        /s/ Sheila K. Oberto
        SHEILA K. OBERTO
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: January 6, 2010        /s/ Rachel W. Hill
        RACHEL W. HILL
        Assistant Federal Defender
        Attorney for Defendant
        DONICE MAXINE MEDINA

**O R D E R**

**Request granted.**  Time is excluded for the reasons given in the stipulation.

IT IS SO ORDERED.

**Dated:   January 6, 2010**        /s/ Lawrence J. O'Neill
        UNITED STATES DISTRICT JUDGE