| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
|   | Federal Defender |
| 2 | RACHEL W. HILL, Bar #151522 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|   | Telephone: (559) 487-5561 |

LODGED
APR 19 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED
APR 20 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorney for Defendant
DONICE MAXINE MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 1:09-cr-00452 LJO |
| | ) |
| Plaintiff, | ) SEALING ORDER |
| | ) |
| v. | ) |
| | ) |
| DONICE MAXINE MEDINA, | ) Date: April 23, 2010 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) |
| | ) |

The Court hereby orders that ***Defendant's Sentencing Memorandum,*** being filed in the above captioned case, **shall be sealed until further order of the Court.**

**IT IS SO ORDERED.**

DATED: April 20, 2010

_____
LAWRENCE J. O'NEILL, Judge
United States District Court

*Sealing Order*

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00452 LJO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DONICE MAXINE MEDINA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The undersigned hereby certifies that he/she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On April 19, 2010, she personally served a copy of the attached:

SEALING ORDER

upon the Plaintiff and interested parties in said action by hand delivery to the persons at the places hereinafter set forth, as follows:

BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
Federal Building, Room 4401
2500 Tulare Street
Fresno, CA 93721

LAURIE McANULTY
United States Probation Office
Federal building, Room 3401
2500 Tulare Street
Fresno, CA 93721

BENJAMIN B. WAGNER
United States Attorney
SHEILA K. OBERTO
Assistant United States Attorney
Federal Building, Room 4401
2500 Tulare Street
Fresno, CA 93721

DATED: April 19, 2010

Priscilla Reyes

*Sealing Order*